**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANNELLA
THOMAS CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com
*Attorneys for Defendant, Cybo Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CYBO COMPANY, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Civil Action No. 2:25-cv-11948-HB <br><br> **DEFENDANT, CYBO COMPANY'S, DISCLOSURE REGARDING THIRD-PARTY LITIGATION FUNDING** *(L. Civ. R. 7.1.1)* |

Defendant, Cybo Company ("Defendant"), by and through its undersigned counsel, hereby makes the following Disclosure Regarding Third-Party Litigation Funding pursuant to L. Civ. R. 7.1.1:

There is no person or entity not a party to this action providing funding for any portion of Defendant's attorneys' fees and/or expenses for this litigation on a non-recourse basis in exchange for either: (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: June 20, 2025

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

/s/ *Thomas P. Cialino*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANNELLA
THOMAS CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com
*Attorneys for Defendant, Cybo Company*

## **CERTIFICATE OF SERVICE**

I, Thomas P. Cialino, hereby certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via this Court's electronic filing system.

*/s/ Thomas P. Cialino*
Thomas P. Cialino