**BLANK ROME LLP**
*A Pennsylvania LLP*
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANNELLA
THOMAS CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yanella@BlankRome.com
Thomas.Cialino@BlankRome.com
*Attorneys for Defendant, Cybo Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CYBO COMPANY, RICHARD ROES 1-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Civil Action No. 2:25-cv-11948-HB<br><br>**DEFENDANT, CYBO COMPANY'S, CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cybo Company ("Defendant"), by and through its counsel, hereby makes the following disclosures:

1. Defendant is an Oregon corporation that is wholly owned by Sean Lindsey, Thomas Lindsey, and Jennifer Lindsey.

2.  No publicly held company owns 10% or more of Defendant's stock.

Dated: June 20, 2025

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

<u>/s/ Thomas P. Cialino</u>
STEPHEN M. ORLOFSKY
New Jersey Resident Partner
PHILIP N. YANNELLA
THOMAS CIALINO
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com

*Attorneys for Defendant, Cybo Company*

## CERTIFICATE OF SERVICE

    I, Thomas P. Cialino, hereby certify that I caused a true and correct copy of the foregoing document to be served on all counsel of record via this Court's electronic filing system.

*/s/ Thomas P. Cialino*
Thomas P. Cialino

Dated: June 20, 2025