IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY


ATLAS DATA PRIVACY CORPORATION  :          CIVIL ACTION
                                :
            v.                  :
                                :
CYBO COMPANY, et al.            :          NO. 25-11948


ORDER

AND NOW, this 23rd day of June 2025, by agreement of counsel, it is hereby ORDERED that this action is STAYED until further order of court.


BY THE COURT:


/s/ Harvey Bartle III
                                                    J.