| | |
|---|---|
| **BLANK ROME LLP** | *Attorneys for Defendant, Cybo Company* |
| *A Pennsylvania LLP* | |
| Stephen M. Orlofsky (ID No. 012431974) | |
| New Jersey Resident Partner | |
| Philip N. Yannella (ID No. 036821997) | |
| Thomas P. Cialino (ID No. 33162011) | |
| 300 Carnegie Center, Suite 220 | |
| Princeton, NJ  08540 | |
| Telephone: (609) 750-2646 | |
| Stephen.Orlofsky@BlankRome.com | |
| Philip.Yannella@BlankRome.com | |
| Thomas.Cialino@BlankRome.com | |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | CIVIL ACTION NO. 1:25-cv-11948-HB |
| Plaintiffs, | |
| v. | **ENTRY OF APPEARANCE** |
| CYBO COMPANY, *et al.,* | |
| Defendants. | |

Kindly enter the appearance of Stephen M. Orlofsky, Esquire of Blank Rome LLP as counsel for Defendant, Cybo Company, in the above-captioned case.

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

*/s/ Stephen M. Orlofsky*
Stephen M. Orlofsky (ID No. 012431974)
New Jersey Resident Partner
Philip N. Yannella (ID No. 036821997)
Thomas P. Cialino (ID No. 33162011)
300 Carnegie Center, Suite 220
Princeton, NJ  08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com
*Attorneys for Defendant, Cybo Company*

Dated:  June 24, 2025

## CERTIFICATE OF SERVICE

  I, Stephen M. Orlofsky, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record via this Court's electronic filing system.

                 */s/ Stephen M. Orlofsky*
                 STEPHEN M. ORLOFSKY

Dated: June 24, 2025