# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

*Phone:* **(609) 750-7700**
*Fax:* **(609) 750-7701**

October 16, 2025

<u>VIA ELECTRONIC COURT FILING SYSTEM</u>

Honorable Harvey Bartle III, U.S.D.J.
U. S. District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      Re:   *Atlas Data Privacy Corporation, et al., v. Cybo Company, et al.,*
              Civil Docket No.: 1:25-cv-11948-HB
              <u>Joinder in Defendants' Consolidated Motions to Dismiss Plaintiffs' Complaint</u>

Dear Judge Bartle:

      We represent the Defendant Cybo Company ("Defendant") in the above-referenced matter. We write to advise this Court that Defendant joins: in: 1) the Consolidated Motion to Dismiss Plaintiffs' Complaint that was filed on June 10, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P., et al.*, Case No. 1:24-cv-04105-HB (D.N.J.); 2) the Consolidated Motion to Dismiss Pursuant to Rule 12(b)(6) that was filed on March 18, 2025 in the action captioned as *Atlas Data Privacy Corporation, et al. v. DM Group, Inc.*, Case No. 1:24-cv-04075-HB (D.N.J) and 3) the Consolidated Motion to Dismiss Pursuant to FRCP 12(b)(2) that was filed on March 18, 2025 in the action captioned as *Atlas Data Privacy Corporation, et al. v. GoHunt, LLC, et al.*, Case No. 1:24-cv-04380-HB (D.N.J) (collectively, the "Consolidated Motions to Dismiss").

      In addition, contemporaneous with the filing of this correspondence, Defendant is filing a Supplemental Brief in Support of its Motions to Dismiss Plaintiffs' First Amended Complaint (the "Supplemental Brief"). For the reasons set forth in the Consolidated Motions to Dismiss and the Supplemental Brief, Defendant respectfully requests that this Court dismiss Plaintiffs' First Amended Complaint with prejudice.

                        Respectfully submitted,

                        **BLANK ROME LLP**

                        <u>/s/ Stephen M. Orlofsky</u>
                        STEPHEN M. ORLOFSKY
                        PHILIP N. YANNELLA
                        THOMAS P. CIALINO
                        300 Carnegie Center, Suite 220
                        Princeton, NJ 08540

cc:     All Counsel of Record (*via ECF*)

155495074