**BLANK ROME LLP**                                        *Attorneys for Defendant, Cybo*
*A Pennsylvania LLP*                                      *Company*
Stephen M. Orlofsky (ID No. 012431974)
New Jersey Resident Partner
Philip N. Yannella (ID No. 036821997)
Thomas P. Cialino (ID No. 33162011)
300 Carnegie Center, Suite 220
Princeton, NJ  08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *et al.*, | CIVIL ACTION NO. 1:25-cv-11948-HB |
| Plaintiffs, | |
| v. | |
| CYBO COMPANY, *et al.,* | **ENTRY OF APPEARANCE** |
| Defendants. | |

Kindly enter the appearance of Thomas P. Cialino, Esquire of Blank Rome LLP as counsel for Defendant, Cybo Company, in the above-captioned case.

Respectfully submitted,

**BLANK ROME LLP**
*A Pennsylvania LLP*

*/s/ Thomas P. Cialino*
Stephen M. Orlofsky (ID No. 012431974)
New Jersey Resident Partner
Philip N. Yannella (ID No. 036821997)
Thomas P. Cialino (ID No. 33162011)
300 Carnegie Center, Suite 220
Princeton, NJ  08540
Telephone: (609) 750-2646
Stephen.Orlofsky@BlankRome.com
Philip.Yannella@BlankRome.com
Thomas.Cialino@BlankRome.com
*Attorneys for Defendant, Cybo Company*

Dated:  October 28, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Thomas P. Cialino, hereby certify that I caused a true and correct copy of the

foregoing to be served on all counsel of record via this Court's electronic filing system.

*/s/ Thomas P. Cialino*
THOMAS P. CIALINO

Dated: October 28, 2025