# UNITED STATES DISTRICT COURT
for the
<u>District of New Jersey</u>

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>PublicNSA, LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-5989 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>REDX LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-6863 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>True Software Scandinavia AB, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-7650 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>Cybo Company, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-11948 |

| | | |
|---|---|---|
| <u>Atlas Data Privacy Corporation, et. al.</u><br>*Plaintiff*<br>v.<br><br><u>AGR Marketing Solutions, LLC, et. al.</u><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 25-12137 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in the above-referenced cases as counsel for:

Intervenor Attorney General of New Jersey.

Date:   11/7/2025

*Patrick J. Misale*
*Attorney's signature*

PATRICK J. MISALE
N.J. Bar No. 401352022
*Printed name and bar number*

New Jersey Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07101
*Address*

PATRICK.MISALE@LAW.NJOAG.GOV
*E-mail address*

609-696-4369
*Telephone number*

973-648-3879
*FAX number*