# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, as assignee of individuals who are Covered Persons, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CYBO COMPANY, RICHARD ROES 1-10, fictitious names of unknown individuals and ABC COMPANIES 1-10, fictitious names of unknown entities,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:25-cv-11948-HB<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Atlas Data Privacy Corporation, as assignee of individuals who are Covered Persons, Jane Doe 1, Jane Doe 2, Scott Maloney, Justyna Maloney, Patrick Colligan, Peter Andreyev, and William Sullivan (collectively, "Plaintiffs"), and Defendant Cybo Company ("Defendant"), by and through their undersigned attorneys, hereby stipulate and agree that Plaintiffs hereby dismiss the above-referenced action with prejudice and without costs.

The Parties agree that this Court shall retain jurisdiction over them for purposes of enforcing the terms of the Agreement.

In addition, Defendant hereby withdraws the Motion to Dismiss Plaintiffs' First Amended Complaint that it filed on October 16, 2025 (Dkt. Nos. 14-15).

Respectfully submitted,

| | |
|---|---|
| */s/ Rajiv D. Parikh* | */s/ Philip N. Yannella* |
| Rajiv D. Parikh | Philip N. Yannella |
| Kathleen Barnett Einhorn | Stephen M. Orlofsky |
| Jessica A. Merejo | Thomas P. Cialino |
| **PEM LAW LLP** | **BLANK ROME LLP** |
| 1 Boland Drive, Suite 101 | 300 Carnegie Center, Suite 220 |
| West Orange, NJ 07052 | Princeton, NJ 08540 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Cybo Company* |

Dated: January 12, 2026